UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

D.W., Individually and on behalf of
Minor, A.W.

                Plaintiff,

       v.                                    Civil Action No. 2:25cv824

Character Technologies, Inc.
Noam Shazeer,
Daniel De Freitas Adiwarsana
Google, LLC

                Defendants.

## ABATEMENT ORDER

It is hereby ORDERED that this action is DISMISSED pursuant to Fed.R. Civ. P. 4(m), for failure to serve.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this _____ day of _____, 2026.

Raymond A. Jackson
United States District Judge